IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CHRISTOPHER PETERMAN, )
)
Petitioner, )
)
v. ) Case No. 1:24-CV-191
)
RANDY IRWIN, SUPER., et al, )
)
Respondents. )

**MEMORANDUM ORDER**

This action was received by the Clerk of Court on July 8, 2024. The matter was ultimately referred to Chief United States Magistrate Judge Richard A. Lanzillo, for report and recommendation in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

Petitioner is a state inmate acting pro se. He challenges the Pennsylvania Parole Board's denial of his parole as violative of his constitutional right to due process.

On March 3, 2026, Chief Magistrate Judge Lanzillo issued a Report and Recommendation recommending that the pending petition be denied. ECF No. 28. In response to the Report and Recommendation, Petitioner filed Objections further arguing his case.

"If a party objects timely to a magistrate judge's report and recommendation, the district court must 'make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made.'" *EEOC v. City of Long Branch*, 866 F.3d 93, 99 (3d Cir. 2017) *quoting* 28 U.S.C. § 636(b)(1).  Regardless of whether timely objections are made, district courts may accept, reject, or modify—in whole or in part—

1

the magistrate judge's findings or recommendations. 28 U.S.C. § 636(b)(1); Local Rule 72(D)(2). A district court is not required to make any separate findings or conclusions when reviewing a recommendation de novo under 28 U.S.C. § 636. *See Hill v. Barnacle*, 655 Fed. App'x 142, 148 (3d Cir. 2016) ("District courts are not required to make any separate findings or conclusions when reviewing a Magistrate Judge's recommendation de novo under 28 U.S.C. § 636(b). We presume that the District Court engaged in the required de novo review absent some indication to the contrary. There is no such indication here because the District Court noted Hill's objections and stated that it reviewed the record independently.") (internal citation omitted).

After *de novo* review of the petition and all documents in the case, together with the report and recommendation and the objections thereto, the following order is entered:

AND NOW, this 26th day of March 2026;

IT IS ORDERED that the instant petition for writ of habeas corpus be denied and a certificate of appealability be denied. The Clerk is directed to mark this case as closed.

AND, IT IS FURTHER ORDERED that the report and recommendation of Chief Magistrate Judge Lanzillo, issued on March 3, 2026 [ECF No. 28] is adopted as the opinion of the court.

/s/ Susan Paradise Baxter
SUSAN PARADISE BAXTER
United States District Judge

2